IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 OCT 11 PM 3:05
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br> )<br>VS. )<br> )<br>RICHARD RAYMOND VALENZUELA )<br>    Defendant. ) | CR. NO. 05-20241-B |

### ORDER ON CHANGE OF PLEA AND SETTING

This cause came on to be heard on October 11, 2005, the United States Attorney for this district, Dan L. Newsom, appearing for the Government and the defendant, Richard Raymond Valenzuela, appearing in person and with counsel, Pamela Hamrin, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1 and 2 of the Indictment.

Remaining Count(s) 3 and 4 to be dismissed at the Sentencing Hearing.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 10, 2006, at 9:00 A.M., before Judge J. Daniel Breen.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 11th day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20241 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT